LAW OFFICES OF JORDAN G. ZEITZ
BY: JORDAN G. ZEITZ, ESQUIRE
18 West Front Street
Media, Pennsylvania 19081
(610) 565-9650
NJ Attorney ID#012672003

Attorneys for Defendant Rasheed Sharpe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| vs. | : | Mag. No.: 25-17045 (SAK) |
| RASHEED SHARPE | : | |

### ORDER FOR PRETRIAL RELEASE MODIFICATION

THIS MATTER HAVING been opened to the Court by Jordan G. Zeitz, Esquire, counsel for Defendant Rasheed Sharpe (hereinafter referred to as "Defendant"), and with the consent of AUSA Jeffrey Bender and of Pretrial Officer Nicholas Zotti as to the substance and entry of the within Order, and the Court having been satisfied that good cause has been sufficiently established for the entry of the within Order;

IT IS ORDERED, this 5th day of August, 2025, that:

1. Defendant is permitted to attend his sister's (Monique Allen's) wedding and reception on September 26, 2025 from 4:30PM to 10:00PM at the Lake Lenape Hall located at 753 Park Road, Mays Landing, New Jersey 08330;

2. Defendant shall provide advance verification to PTS prior to travel; and

3. All other previously imposed conditions of pretrial release shall remain in full effect.

BY:

_Sharon A. King_
HON. SHARON A. KING

We hereby consent to the substance and entry of this Order.

| | |
|---|---|
| JORDAN G. ZEITZ, ESQ. | s/ Jeffrey Bender<br>JEFFREY BENDER, AUSA |